AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br><br> MAURICIO GONZALEZ, <br><br> Defendant(s) | ) ) ) ) ) ) ) Case No. 21- 8194-BER |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 2020, continuing through October 19, 2020 in the county of Miami-Dade, Palm Beach, and elsewhere in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor |
| 18 U.S.C. § 2423(a) and (c) | Transportation of Minors |
| 18 U.S.C. § 2251(a)(2) | Attempted Production of Child Pornography |
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |

FILED BY TM D.C.
May 20, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Louise Miller*
Complainant's signature

Louise Miller, Special Agent, HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone/FaceTime

Date: 5/20/21

*Bruce Reinhart*
Judge's signature

City and state: West Palm Beach, Florida        Bruce E. Reinhart, U.S. Magistrate Judge
Printed name and title

## INTRODUCTION AND AGENT BACKGROUND

I, Louise Miller, being duly sworn, hereby depose and state as follows:

1. I am employed as a Special Agent at the Department of Homeland Security, Homeland Security Investigations ("HSI") and have been so employed for over 13 years. I currently investigate human trafficking and human smuggling cases and am assigned to the Palm Beach County Human Trafficking Task Force. The Palm Beach County Human Trafficking Task Force has investigative responsibility for human trafficking crimes committed within the Southern District of Florida. I have completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, regarding the proper investigative techniques relating to violations of federal laws, including the application and execution of search, arrest, and seizure warrants. I am a law enforcement officer of the United States as that term is defined in Title 18, United States Code 2510(7), and am authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. In my current assignment, I investigate, among other violations of federal law, cases involving labor trafficking and sex trafficking as well as the sexual exploitation of minors as related to these investigations. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants.

2. This Affidavit is submitted in support of a criminal complaint charging Mauricio GONZALEZ ("GONZALEZ") with coercing and enticing a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b); transporting a minor to engage in sexual activity, in violation of 18 U.S.C. § 2423(a); attempted production of child pornography, in violation of 18 U.S.C. § 2251(c); and, receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2).

3. The statements contained in this Affidavit are based upon my own personal knowledge

as well as information provided to me by other law enforcement officers, witnesses, and my review of records and documents during the course of this investigation. Because this Affidavit is submitted for the limited purposes of establishing probable cause for the issuance of a criminal complaint, it does not contain each and every fact known to me about this investigation; rather, it contains only those facts necessary to establish probable cause.

## PROBABLE CAUSE

4. On or about October 19, 2020, GONZALEZ and the minor victim ("Minor Victim") were encountered by law enforcement during a traffic stop in Boynton Beach, Florida. During the traffic stop, officers detected the odor of alcohol while speaking with GONZALEZ, who was the driver of the vehicle. GONZALEZ was asked to step out of the vehicle and subsequently became combative with officers. Officers conducted a Driving Under the Influence ("DUI") investigation of GONZALEZ. Officers observed the Minor Victim in the front passenger seat and noticed that the Minor Victim was acting in a nervous manner and began to shake and tremble. When officers attempted to ask the Minor Victim questions, GONZALEZ proceeded to answer for the Minor Victim. Due to the behavior being exhibited by GONZALEZ and the Minor Victim's demeanor, officers asked the Minor Victim to exit the vehicle to be separated from GONZALEZ.

5. Once the Minor Victim and GONZALEZ were separated, the Minor Victim stated that she was in a relationship with GONZALEZ. A search of law enforcement databases revealed GONZALEZ was a 39-year-old legal permanent resident and Costa Rican national. The Minor Victim stated she was from the Bahamas and that she was 17 years of age. The Minor Victim stated that she was staying at GONZALEZ's residence in Lake Worth, Florida. While being

interviewed, the Minor Victim began to cry and stated that GONZALEZ advised her that the police kill black people and to never trust them.

6. Once law enforcement established probable cause to arrest GONZALEZ and placed him in handcuffs, he began yelling to the Minor Victim, advising her not to tell the police anything. GONZALEZ was subsequently arrested for refusing to submit a DUI sample and for resisting arrest.

7. The Minor Victim was interviewed by law enforcement. She stated that she had arrived from the Bahamas on October 16, 2020 to visit GONZALEZ. The Minor Victim further stated that she met GONZALEZ when she previously visited the United States in July 2020 to visit her female friend (the "Female") The Minor Victim stated that the Female would set the Minor Victim up with older, rich men to have sex for money. The Minor Victim advised that on at least two separate occasions, she met up with the Female's previous clients and gave them oral sex for $600. In return, the Minor Victim would give the Female $250 for setting up the dates and allowing the Minor Victim to stay with her in Riviera Beach, Florida. The Minor Victim further stated that GONZALEZ was helping her get away from the Female.

8. On or about October 22, 2020, law enforcement conducted another interview of the Minor Victim. The Minor Victim stated that she met GONZALEZ while she was visiting the United States from the Bahamas in July 2020, when she was 17 years old. A search of law enforcement investigative databases confirmed that the Minor Victim arrived at Fort Lauderdale International Airport on July 2, 2020 from Nassau, Bahamas and that she remained in the United States until departing back to Nassau on August 28, 2020. Law enforcement also confirmed that GONZALEZ was 39 years old at the time and that the Minor Victim was 17 years old, born in May of 2003.

9.      The Minor Victim stated that she first met GONZALEZ at a party in Palm Beach County. The Minor Victim stated that she and GONZALEZ had a friendship and would ride jet skis and play video games together. The Minor Victim also reported that she took overnight trips to Orlando, Florida with GONZALEZ. The Minor Victim stated that she eventually moved in with GONZALEZ due to a falling out with the Female. The Minor Victim stated that she slept in the same bed as GONZALEZ but initially denied any sexual contact with him.

10.     When law enforcement began to question the Minor Victim further about the nature of her relationship with GONZALEZ, the Minor Victim became evasive and continued to deny that she and GONZALEZ had any sexual contact. The Minor Victim began to shift in her seat, avert eye contact, and visibly tremble as she was questioned. In my training and experience, when victims of sex trafficking are first encountered by law enforcement, they are often evasive or untruthful due to a mistrust of law enforcement, embarrassment, or emotional trauma they have experienced. Once rapport is established and trust is built with victims and as long as the victim is safe, law enforcement will often reapproach victims at a later time to question them further.

11.     At the conclusion of the interview, law enforcement asked for consent to search the Minor Victim's cell phone. The Minor Victim agreed to the search and was provided a written consent form, which she signed. The Minor Victim also provided her passcode information for a forensic analysis of her cell phone. The Minor Victim's cellular device was subsequently forensically analyzed.

12.     A review of the Minor Victim's cell phone revealed WhatsApp chat messages between the Minor Victim and the user of a telephone number ending in 0067 from September 2, 2020 to October 18, 2020. The user of the 0067 number is listed as "Heart" under the Minor Victim's contacts. Subpoena responses received from Verizon confirmed the subscriber of the

0067 number is Mauricio GONZALEZ. A review of the forensic examination of the Minor Victim's cellular device revealed the following conversations and/or images between GONZALEZ and the Minor Victim on WhatsApp related to sexual encounters, the receipt of child pornography, as well as GONZALEZ's acknowledgment of the Minor Victim being under the age of 18:

a. On September 6, 2020, GONZALEZ sent the Minor Victim a message which stated, "send me some pussy shots."

b. On September 8, 2020, GONZALEZ sent the Minor Victim a message which stated, "I watch movies we made…Like I start watching porn and then be like nah let me see her again, listen to her." On November 5, 2020, during a follow-up interview with the Minor Victim, she explained that there are at least six to seven sexually explicit videos of her and GONZALEZ.

c. On September 9, 2020, GONZALEZ sent the Minor Victim a message stating, "Smd." The Minor Victim responded, stating, "Excuse me?? Suck your dick? […] Wow." GONZALEZ stated, "Bad timing I guess […] Sorry I'm a little horny after you left […] Maybe it came off wrong! My bad I was really meaning the good times we had."

d. On September 10, 2020, the Minor Victim sent GONZALEZ a message which stated, "Matter a fact if I wasn't for real I was not going to let you cum inside me MULTIPLE times."

e. On September 13, 2020, the Minor Victim sent GONZALEZ a video of herself dancing topless with blue shorts on.

f. On September 13, 2020, the Minor Victim sent a photograph to GONZALEZ of herself, topless, with her breasts and face exposed. GONZALEZ responded in a complimentary manner and then proceeded to ask about purchasing tickets to travel.

g. On September 14, 2020, the Minor Victim sent GONZALEZ a photograph of herself wearing a swimsuit. GONZALEZ sent a message to the Minor Victim which stated "That's okay send me pictures of that ass though. I see what you wearing."

h. On September 14, 2020, the Minor Victim sent a message to GONZALEZ stating, "We had a lot of sex." GONZALEZ replied, "We did."

i. On September 16, 2020, GONZALEZ sent a message to the Minor Victim which stated, "I just love being inside of you."

j. On September 17, 2020, GONZALEZ sent the Minor Victim a porn video from https://spankbang.com (https://spankbang.com/2uo6e/video/big+slim+booty+student ); the video is pornographic in nature and depicts a black female in a school-girl outfit or school uniform, which leads to full sexual intercourse. Along with the video, GONZALEZ attached a photograph of the Minor Victim in a school uniform and stated, "it reminds me of the your picture."

k. On September 17, 2020, the Minor Victim sent GONZALEZ a photo of the Minor Victim's naked breasts while at the beach. GONZALEZ replied, "you need some oil."

l. On September 22, 2020, the Minor Victim sent GONZALEZ a video file, which depicts a video of the Minor Victim having just gotten out of the shower and showing her naked breasts.

m. On September 23, 2020, GONZALEZ sent the Minor Victim a message which stated, "I delete anything with my face on it and I thought I saved it and I think I did." In

reviewing the context of this conversation, GONZALEZ and the Minor Victim were discussing GONZALEZ video-taping the Minor Victim sleeping and attempting to wake her up. Although not sexual in nature, the statement from GONZALEZ, wherein GONZALEZ admits that he does not show his face while he videos himself, demonstrates deliberate intent to avoid producing evidence of his involvement in unlawful sexual acts with the Minor Victim. As stated above, the Minor Victim later advised law enforcement there are at least six to seven sexually explicit videos of her and GONZALEZ. The Minor Victim explained that her face could be seen in the videos; however, GONZALEZ consistently hid his face so it could not be seen in the videos.

n. On September 26, 2020, GONZALEZ sent the Minor Victim a porn video from https://spankbang.com. GONALEZ then sent the Minor Victim two additional porn videos on September 28, 2020, from https://spankbang.com.

o. On September 26, 2020, the Minor Victim sent GONZALEZ a message which stated, "But I love being on a plane I always wanted to be a flight attendant but hmmm who knows…for real." GONZALEZ replied, "you can do that when you turn 18 too," indicating that GONZALEZ knew that the Minor Victim was under the age of 18.

p. On September 27, 2020, GONZALEZ sent the Minor Victim a message which stated, "Not attracted to anyone else…not even the porn…only watch yours and listen to yours."

q. On September 30, 2021, the Minor Victim sent GONZALEZ a video depicting a female digitally penetrating herself.. GONZALEZ responded, stating "I like it," "So wet," and

"I miss her." Your Affiant believes that when GONZALEZ made the statement "I miss her," he is referring to the Minor Victim's vagina.

r. On October 2, 2020, GONZALEZ sent the Minor Victim a message which stated, "My girl is beautiful." The Minor Victim replied, "Thank you." GONZALEZ stated, "I'm gonna hold you tight and never letting you go." The Minor Victim replied, "Yesssme too." The Minor Victim stated, "We should get matching tattoos for my 18th birthday…small ones." GONZALEZ replied, "I don't know I like without tattoos." This conversation further indicates that GONZALEZ was aware that the Minor Victim was under the age of 18.

s. On October 16, 2020, the Minor Victim sent GONZALEZ a message which stated, "We can't have sex." GONZALEZ replied, "no luggage?  Oh that…Phew ok…your period".

14. Following the review of the Minor Victim's telephone, law enforcement set up another interview of the Minor Victim on November 5, 2020, at which time law enforcement interviewed the Minor Victim further about her relationship with GONZALEZ. During that interview, law enforcement learned that sometime between early July 2020 through late August 2020, the Minor Victim met GONZALEZ through mutual friends. GONZALEZ initiated direct contact with the Minor Victim through casual conversation and presented himself as being friendly and outgoing. GONZALEZ gained the confidence of the Minor Victim, at which time she entered his newer model Honda in order to drive around the neighborhood to look for a friend.[1] While the Minor Victim was inside of the vehicle, GONZALEZ continued to engage in conversation with the Minor Victim. While the Minor Victim was inside of the vehicle, GONZALEZ also solicited

---

[1] A search of law enforcement databases confirmed that a Honda Accord bearing Florida Tag ending in G54 is registered to GONZALEZ.

her for sex; specifically, the Minor Victim advised that GONZALEZ asked to have sexual intercourse with her and to videotape the encounter. The Minor Victim denied having sexual intercourse with GONZALEZ at that time. The Minor Victim advised that GONZALEZ dropped her off at the residence where the two had originally met in Palm Beach County, Florida.

15.     The Minor Victim advised that shortly after their initial meeting, GONZALEZ began to contact her via the WhatsApp telephonic application.  As the two continued to communicate through social media, GONZALEZ continued to pursue the Minor Victim sexually. The Minor Victim stated that she and GONZALEZ engaged in unlawful sexual activity where money was exchanged on two separate occasions, a summary of which follows:

    a. The first sexual encounter occurred in mid-July 2020, when GONZALEZ and the Minor Victim arranged to meet to engage in sexual activity at his home located in Palm Beach County, Florida. In exchange for sexual intercourse, GONZALEZ provided the Minor Victim with a payment of $400. The Minor Victim advised that after arriving at GONZALEZ's home, the two undressed and the Minor Victim performed oral sex on GONZALEZ. The Minor Victim and GONZALEZ thereafter engaged in vaginal/penile intercourse. GONZALEZ used a condom and ejaculated. It should be noted that GONZLAEZ provided the $400 prior to having sexual intercourse with the Minor Victim.

    b. The second sexual encounter occurred shortly after the first, however the Minor Victim was unable to provide a specific date and time.  Following the first sexual encounter, GONZALEZ continued to pursue the Minor Victim. GONZALEZ agreed to pay $400 in order to have sexual intercourse with the Minor Victim again. The Minor Victim agreed to meet GONZALEZ at his home. Upon the Minor

Victim's arrival, GONZALEZ provided her with the $400. GONZALEZ and the Minor Victim then engaged in vaginal/penile intercourse, which resulted in GONZALEZ ejaculating in the condom he had utilized. The Minor Victim provided a description of the home where the sexual act occurred, including the layout, color, and interior features. The Minor Victim stated she left the area in an Uber that was arranged by a third party.

16. After the second sexual encounter, the Minor Victim and GONZALEZ continued to speak, which resulted in the continuation of an unlawful sexual and romantic relationship. The Minor Victim reported that GONZALEZ would take the Minor Victim on trips to Orlando, Broward County, and Miami, Florida throughout the relationship. The Minor Victim stated that she felt obligated to have sexual intercourse with GONZALEZ because he would pay for their travels, including hotel stays, food, and theme park entrances. The Minor Victim stayed in GONZALEZ's home in Palm Beach County, Florida. The two continued to engage in unlawful sexual activity throughout this relationship. The Minor Victim advised that in late August 2020, she returned to the Bahamas.

17. The Minor Victim advised that she continued to communicate with GONZALEZ via WhatsApp and Facebook Messenger after arriving in the Bahamas. GONZALEZ continued to pursue the Minor Victim and talk of previous sexual encounters with the Minor Victim. The Minor Victim reported that GONZALEZ would utilize his black iPhone XR cellular phone in order to record the two having sexual intercourse. The Minor Victim also stated that she sent GONZALEZ several nude and sexually explicit photographs/videos of herself.

18. On October 8, 2020, GONZALEZ sent several WhatsApp chat messages to the Minor Victim stating he was on his way to the airport. GONZALEZ sent an MP4 video file which

depicts GONZALEZ on a train at or near what appears to be Miami International Airport. GONZALEZ then sent the Minor Victim a photo of passengers in a line at the airport and stated, "this line is long…I still have 1.5 hrs to boarding…glad I came in early." GONZALEZ then sent the Minor Victim a screen shot of Out West Car Rental-Nassau Bahamas and stated, "I can call them once I check in." GONZALEZ then sent the Minor Victim a message which stated, "I have the boarding pass…This airport is huge I have 3 minutes to get here I may. It make it…I missed it." A search of law enforcement databases confirmed that on October 8, 2020, GONZALEZ purchased a plane ticket to Nassau, Bahamas (where the Minor Victim was residing) on Republic Airways departing from Miami International Airport; however, GONZALEZ missed his flight.

19. A search of law enforcement databases revealed that on October 9, 2020, GONZALEZ booked another plane ticket on Republic Airways from Miami, Florida to Nassau, Bahamas, but failed to board the flight.

20. Subpoena responses from American Airlines revealed that on October 8, 2020, GONZALEZ booked a flight for the Minor Victim, scheduled to depart on October 16, 2020 from Nassau, Bahamas and arrive at Miami International Airport on the same date. A review of the WhatsApp messages between the Minor Victim and GONZALEZ revealed that GONZALEZ sent a screenshot to the Minor Victim on October 8, 2020 which depicted a receipt from American Airlines for the flight.

21. A search of law enforcement databases confirmed that, on October 16, 2020, the Minor Victim arrived at Miami International Airport aboard an American Airlines flight. A review of the WhatsApp chat messages confirmed GONZALEZ picked the Minor Victim up at the airport. Specifically, on October 16, 2020, at approximately 1:51 PM, the Minor Victim sent GONZALEZ her location, indicating the coordinates of Miami International Airport. At 1:54 PM, GONZALEZ

sent the Minor Victim a message which stated, "On my way!" The Minor Victim replied, "ok…do you know where I am right." GONZALEZ replied, "Yes…arrivals…On my way!...I'm in the car…Driving there…7 minutes."

22. The Minor Victim advised law enforcement that GONZALEZ picked her up from the airport and they immediately went to a hotel nearby, where they spent the night. The Minor Victim stated that she and GONZALEZ had sexual intercourse at the hotel, however, she could not recall the name of the hotel. The Minor Victim was able to provide a description of the hotel to law enforcement. Based upon law enforcement's knowledge of the area and the description of the hotel provided by the Minor Victim, officers were able to locate the hotel in Miami, Florida (the "Hotel"). Subpoena responses from the Hotel confirmed GONZALEZ checked in at approximately 2:31 PM on October 16, 2020 and rented a room for one night, listing two guests.

23. The Minor Victim stated that between October 17, 2020 and the date they were encountered by law enforcement, she was residing with GONZALEZ at his residence.

24. The Minor Victim reported that she had sexual intercourse with GONZALEZ at least 20 times between mid-July of 2020 thru October 2020, during which time she was 17 years old and GONZALEZ was 39 years old.

[intentionally left blank]

25. Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that there is probable cause to charge Mauricio GONZALEZ ("GONZALEZ") by criminal complaint with coercing and enticing a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b); transporting a minor to engage in sexual activity, in violation of 18 U.S.C. § 2423(a); attempted production of child pornography, in violation of 18 U.S.C. § 2251(c); and, receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_Louise Miller_
Louise Miller, Special Agent
Department of Homeland Security
Homeland Security Investigations

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by _FACETIME_ this _20_ day of May 2021.

_Bruce Reinhart_
HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __21-8194-BER__

UNITED STATES OF AMERICA

v.

MAURICIO GONZALEZ,

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? ___ Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)? ___ Yes  _X_ No

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        ACTING UNITED STATES ATTORNEY

BY: _/s/ Elena Smukler_
        Elena Smukler
        Assistant United States Attorney
        Fla. Bar No. 91025
        99 Northeast 4th Street
        Miami, FL. 33132-2111
        Tel: (305) 961-9444
        Elena.Smukler@usdoj.gov